**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L. § <br> § <br> V. § <br> § <br> LG ELECTRONICS, INC., ET AL. § | | Case No. 2:14-CV-911 JRG-RSP |
| CORE WIRELESS LICENSING S.A.R.L. § <br> § <br> V. § <br> § <br> LG ELECTRONICS, INC., ET AL. § | | Case No. 2:14-CV-912 JRG-RSP |

**JURY SELECTION/TRIAL DAY ONE MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 12, 2016**

**OPEN: 9:31 a.m.**                                           **ADJOURN: 5:55 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Marc A. Fenster <br> Reza Mirzaie <br> Adam Hoffman <br> Neil A. Rubin <br> Jacob Buczko <br> James Pickens <br> Kayvan B. Noroozi <br> Douglas Gary Lichtman <br> Elizabeth DeRieux |
| ATTORNEYS FOR DEFENDANTS: | David Anderson <br> Sue Wang <br> Richard Cederoth <br> Theodore Chandler <br> Nathaniel Love <br> Scott Border <br> Mark Mann <br> Peter Kang |
| LAW CLERKS: | Erik Fountain <br> Angela Oliver <br> Alden Harris |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:31 a.m. | Court opened.  Counsel announced ready for hearing.  Court's preliminary instructions to the Jury. |
| 10:07 a.m. | Voir dire examination by for Plaintiff. |
| 10:41 a.m. | Voir dire examination by for Defendant. |
| 11:08 a.m. | Bench conference |
| 11:47 a.m. | Jurors sworn. |
| 11:56 a.m. | Recess until 1:00 p.m. |
| 1:18 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 1:25 p.m. | Preliminary instructions to Jury. |
| 2:00 p.m. | Opening statement by Mr. Fenster for Plaintiff. |
| 2:30 p.m. | Opening statement by Mr. Anderson. |
| 3:00 p.m. | Witness sworn.  Rule invoked. |
| 3:01 p.m. | Direct Examination of Jyri Suvanen by Mr. Mirzaie. |
| 3:22 p.m. | Bench conference. |
| 3:24 p.m. | Courtroom sealed. |
| 3:25 p.m. | Direct examination of Mr. Suvanen by Mr. Mirzaie. |
| 3:30 p.m. | Courtroom unsealed.  Cross examination of Mr. Suvanen by Mr. Anderson. |
| 3:47 p.m. | Redirect examination of Mr. Suvanen by Mr. Mirzaie. |
| 3:50 p.m. | Recross examination of Mr. Suvanen by Mr. Anderson. |
| 3:51 p.m. | Recross examination of Mr. Suvanen by Mr. Mirzaie. |
| 3:52 p.m. | Recess. |
| 4:24 p.m. | Court reconvened.  Jury returned to the Courtroom. |
| 4:25 p.m. | Direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 5:31 p.m. | Courtroom sealed.  Bench conference. |
| 5:32 p.m. | Direct examination of Dr. Wesel continued by Mr. Pickens. |
| 5:51 p.m. | Bench conference |
| 5:52 p.m. | Courtroom unsealed. |
| 5:53 p.m. | Jury excused.  Hearing outside the presence of the Jury |
| 5:55 p.m. | Court adjourned. |