# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L. | § § | |
| V. | § § | Case No. 2:14-CV-911 JRG-RSP |
| LG ELECTRONICS, INC., ET AL. | § | |

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L. | § § | |
| V. | § § | Case No. 2:14-CV-912 JRG-RSP |
| LG ELECTRONICS, INC., ET AL. | § | |

## JURY TRIAL DAY TWO
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 13, 2016

**OPEN:  8:42 a.m.**                                                                                 **ADJOURN:  6:04 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Marc A. Fenster |
| | Reza Mirzaie |
| | Adam Hoffman |
| | Neil A. Rubin |
| | Jacob Buczko |
| | James Pickens |
| | Kayvan B. Noroozi |
| | Douglas Gary Lichtman |
| | Elizabeth DeRieux |
| | |
| ATTORNEYS FOR DEFENDANTS: | David Anderson |
| | Sue Wang |
| | Richard Cederoth |
| | Theodore Chandler |
| | Nathaniel Love |
| | Scott Border |
| | Mark Mann |
| | Peter Kang |
| | |
| LAW CLERKS: | Erik Fountain |
| | Angela Oliver |
| | Alden Harris |
| | |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:42 a.m. | Court opened.  Counsel announced ready for hearing.  Hearing outside the presence of the Jury. |
| 8:45 a.m. | Jury returned to the courtroom. Direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 8:51 a.m. | Courtroom sealed.  Direct examination of Dr. Wesel continued. |
| 9:27 a.m. | Bench conference.  Courtroom unsealed. |
| 9:39 a.m. | Cross examination of Dr. Wesel by Mr. Anderson. |
| 9:49 a.m. | Bench conference. |
| 9:51 a.m. | Cross examination of Dr. Wesel by Mr. Anderson continued. |
| 9:58 a.m. | Recess. |
| 10:16 a.m. | Court reconvened.  Jury returned to the courtroom.  Cross examination of Dr. Wesel by Mr. Anderson continued. |
| 10:29 a.m. | Redirect examination of Dr. Wesel by Mr. Pickens. |
| 10:30 a.m. | Direct examination of Benoist Sebire by Mr. Mirzaie. |
|  | Bench conference. |
| 10:49 a.m. | Direct examination of Mr. Sebire by Mr. Mirzaie. |
| 10:55 a.m. | Cross examination of Mr. Sebire by Mr. Anderson. |
| 11:22 a.m. | Redirect examination of Mr. Sebire by Mr. Mirzaie. |
| 11:25 a.m. | Parties passed the witness.  Bench conference. |
| 11:27 a.m. | Direct examination of Dr. Charles Jackson by Mr. Noroozi. |
| 11:59 a.m. | Lunch recess. |
| 12:02 p.m. | Lunch recess. |
| 1:09 p.m. | Court reconvened.  Jury returned to the Courtroom.  Direct examination of Dr. Jackson by Mr. Noroozi continued |
| 1:35 pm. | Courtroom sealed. |
| 2:02 p.m. | Bench conference. |
| 2:03 p.m. | Direct examination of Dr. Jackson continued. |
| 2:15 p.m. | Bench conference. |
| 2:17 p.m. | Courtroom unsealed. |
| 2:22 p.m. | Courtroom sealed. |
| 2:26p.m. | Courtroom unsealed. |
| 2:27 p.m. | Jury recess. |
| 2:30 p.m. | Recess. |
| 3:04 p.m. | Court reconvened. Jury returned to the courtroom.  Direct examination of Dr. Jackson by Mr. Noroozi continued. |
| 3:08 p.m. | Cross examination of Dr. Jackson by Mr. Cederoth. |
| 3:27 p.m. | Bench conference. |
| 3:28 p.m. | Cross examination of Dr. Jackson continued |
| 4:17 p.m. | Bench conference. |
| 4:19 p.m. | Redirect examination of Dr. Jackson by Mr. Noroozi |
| 4:21 p.m. | Recess. |
| 4:40 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 4:42 p.m. | Video deposition of Yassir Nafei. |
| 4:57 p.m. | Direct examination of John Lindgren by Mr. Hoffman. |
| 5:07 p.m. | Courtroom sealed. |
| 5:12 p.m. | Courtroom unsealed. |

| TIME | MINUTES |
| --- | --- |
| 5:23 p.m. | Cross examination of Mr. Lindgren by Mr. Mann. |
| 5:37 p.m. | Bench conference. |
| 5:38 p.m. | Cross examination of Mr. Lindgren . |
| 5:39 p.m. | Courtroom sealed. |
| 5:45 p.m. | Courtroom unsealed. |
| 5:55 p.m. | Redirect examination of Mr. Lindgren by Mr. Hoffman. |
| 6:00 p.m. | Parties passed the witness.  Bench conference. |
| 6:01 p.m. | Jury excused until 8:30 a.m. |
| 6:02 p.m. | Hearing outside the presence of the Jury.  Jury instructions to be received by 2 p.m. on September 14, 2016. |
| 6:04 p.m. | Court adjourned |