IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:14-CV-00912-JRG |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., | § § § § | |
| Defendants. | § § § | |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. Please refer to the Final Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this Verdict Form:

"Core Wireless" refers to Core Wireless Licensing S.a.r.l.

"LG" refers to LG Electronics, Inc. and LG Electronics U.S.A., Inc.

"The '536 Patent" refers to U.S. Patent No. 6,633,536.

"The '850 Patent" refers to U.S. Patent No. 7,804,850.

The "Patents-in-Suit" refers collectively to the '536 Patent and the '850 Patent.

**QUESTION 1:**

What sum of money do you find by a preponderance of the evidence would reasonably compensate Core Wireless for LG's infringement of the '850 Patent?

$ 1,326,225 40/100

**QUESTION 2:**

What sum of money do you find by a preponderance of the evidence would reasonably compensate Core Wireless for LG's infringement of the '536 Patent?

$ 2,169,486 40/100

2

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

Signed this 27 day of February, 2019.

_____
Signature of the Jury Foreperson