# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**LG ELECTRONICS, INC., and LG ELECTRONICS U.S.A., INC.**<br><br>  Defendants. | Case No. 2:14-cv-912-JRG<br><br>**Jury Trial Demanded** |

## DECLARATION OF JACOB BUCZKO IN SUPPORT OF PLAINTIFF CORE WIRELESS LICENSING S.A.R.L.'S MOTION FOR ENTRY OF ITS [CONTESTED] BILL OF COSTS

I, Jacob Buczko, declare as follows:

1. I am an attorney admitted to practice in the state of California. I am an attorney of the law firm Russ August & Kabat, counsel of record for Plaintiff Core Wireless Licensing S.a.r.l. ("Core Wireless"), and I am admitted to practice in this Court. I submit this declaration in support of Core Wireless's Motion for Entry of its [Contested] Bill of Costs. I have personal knowledge of the facts contained in this declaration, and if called upon to do so, I could and would testify competently thereto.

2. On March 18, 2019, I served via email to counsel for defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (together "LG") a proposed Bill of Costs. On March 20, 2019, I met and conferred via telephone with counsel for LG concerning Core Wireless's proposed Bill of Costs. During that meeting, the parties reached agreement on some items, as reflected in the accompanying motion and the exhibits to this declaration. Other items remain contested.

3. Attached hereto as Exhibit A is Core Wireless's [Contested] Bill of Costs, which it seeks to be entered by the accompanying Motion.

4. Attached hereto as Exhibit B are invoices reflecting taxable costs Core Wireless incurred for preparation of daily trial transcripts. These transcripts were necessarily obtained for use in this case and I do not understand LG to be contesting these items, except LG generally contests any taxable cost relating to the February 2019 damages retrial.

5. Attached hereto as Exhibit C are invoices reflecting taxable costs Core Wireless incurred for preparation of the transcripts of pretrial conferences. These transcripts were necessarily obtained for use in this case and I do not understand LG to be contesting these items, except LG generally contests any taxable cost relating to the February 2019 damages retrial.

6. Attached hereto as Exhibit D are invoices reflecting taxable costs Core Wireless incurred for the preparation of transcripts and videotapes of depositions. As described below, these transcripts and video files were necessarily obtained for use in this case. In addition, as reflected in the Exhibit D's schedule.

> Listed below is a schedule of deposition transcripts for which Core Wireless seeks taxation of LG, along with further explanation of why each transcript and video (where applicable) was necessarily obtained for use in this case. Core Wireless has worked with LG during the meet and confer process to exclude any incidental items, such as shipping/handling, rough draft, expedite or Real-time fees from the items to be taxed. The amounts included in Exhibit D include only paper transcript costs, reporter attendance fees and videographer fees.

| Deponent | Reasons Why Transcripts Necessarily Obtained for Use in this Case |
|---|---|
| 150731 Pehkonen, Kari | Inventor of patent in suit (nonparty). LG noticed deposition. Third party |
| 150804 Oskala, Jarkko | Inventor of patent in suit (nonparty). LG noticed deposition. Third party |

| | |
|---|---|
| 150807 Korpela, Mikko | Inventor of patent in suit (nonparty). LG noticed deposition. Third party |
| 150825 Ryu, Jeon Hyong | LG 30(b)(6) witness; Core Wireless designated transcript for trial, LG counter designated; located in Korea |
| 150827 Kim, Sung Soo | LG 30(b)(6) witness; located in Korea |
| 150828 Ryu, Ho Yeon | LG 30(b)(6) witness; located in Korea; Core Wireless designated testimony for trial, LG counterdesignated |
| 150910 Schneider, Matthias | Third party; Core Wireless designated deposition for trial, LG counter designated; LG designated for retrial. |
| 150916 Lindgren, John | Core Wireless trial witness; corporate representative for first trial; former employee during second trial; Core Wireless and LG designated testimony for second trial |
| 150917 Shaer, Phil | LG noticed and took deposition; LG designated testimony for trial; Core counterdesignated |
| 150918 Ahmadvand, Nima | Core Wireless 30(B)(6) witness; LG designated deposition for trial and retrial; Core Wireless counterdesignated |
| 150918 Juhn, Jungsheek | LG Rule 30(b)(6) witness located in Korea; Core Wireless and LG designated transcript for trial; Core Wireless designated for retrial, LG counter-designated; |
| 150924 Shin, Doo Seon | Conversant Employee (Core Wireless parent); LG noticed and took deposition |
| 150925 Johnson, Brad | Core Wireless employee; LG noticed and took deposition |
| 150928 Kessler, Alan (GTT) | Third party; LG noticed and took deposition. |
| 150930 Nafei, Yasser | LG 30(b)(6) witness; deposition designated by Core and counterdesignated by LG for trial and retrial |

| | |
|---|---|
| 151006 Misiag, Richard | Conversant employee (parent of Core Wireless); deposition noticed and taken by LG; LG designated and Core counterdesignated for trial and retrial |
| 151020 Hurtta, Tuija | Inventor of patent in suit (nonparty). Deposition noticed by LG |
| 151021 Parantainen, Janne | Inventor of patent in suit (nonparty). Deposition noticed by LG |
| 151022 Ranta-Aho, Karri | Inventor of patent in suit (nonparty). Deposition noticed by LG; LG designated testimony for trial |
| 151022 Suvanen, Jyri | Inventor of patent in suit (nonparty). Deposition noticed by LG; testified at trial and retrial |
| 151113 Sebire, Benoist | Inventor of patent in suit (nonparty). Deposition noticed by LG; testified at trial and retrial |
| 151208 Jackson, Charles | Core Wireless's infringement/validity/technical expert at trial |
| 151210 Wesel, Richard | Core Wireless's infringement/validity/technical expert at trial |
| 151211 Striegel, Aaron | Core Wireless's technical, infringement, validity expert |
| 151214 Toskala Antti | Core's standardizattion expert; LG noticed and took deposition and designated for trial |
| 151215 Vander Veen, Thomas | LG's damages expert; testified at trial and retrial |
| 151216 Rodermund Freidhelm | LG's ETSI expert; issued report |
| 151217 Fuja, Thomas | LGs noninfringement/invalidity/technical expert at trial |
| 151218 Davies, Michael | LG's noninfringement/invalidity/technical expert; issued expert report |
| 151218 Magee, Stephen | Core Wireless's damages expert witness; testified at trial |
| 151229 Lanning Mark | LG's noninfringement/invalidity/technical expert at trial |

| | |
|---|---|
| 151230 Lanning Mark | LGs noninfringement/invalidity/technical expert at trial |
| 151230 Ley, Eric | LG employee; LG designated transcript for trial; Core Wireless counterdesignated |
| 160113 Jackson, Charles | Core Wireless's infringement/validity/technical expert at trial |
| 160127 Wesel, Richard | Core Wireless's infringement/validity/technical expert at trial |
| 160810 Yi, Seung June | LG's corporate representative at trial; Rule 30(b)(6) witness; testimony designated by Core Wireless at retrial and counterdesignated by LG |
| 181116 Suh, Hojun | LG's Rule 30(b)(6) designee. Deposition designated by Core Wireless and counterdesignated by LG |
| 181213 Dell, Stephen | Core Wireless's damages expert for retrial; testified at retrial |
| 181218 Jackson, Charles | Core Wireless's technical expert for retrial; testified at retrial |
| 181219 Wesel, Richard | Core Wireless's technical expert for retrial; testified at retrial |
| 181221 Vander Veen, Thomas | LG's damages expert for the retrial; testified at retrial |

7. Attached hereto as Exhibit E is a schedule of fees for Core Wireless witnesses that testified at trial. I do not understand LG to be contesting these costs, except it generally contests costs from the February 2019 damages retrial.

8. Attached hereto as Exhibit F is a notation describing docket fees incurred by Core Wireless in this case. *See also* Dkt. No. 1. I do not understand LG to be contesting this cost.

9. Attached hereto as Exhibit G are invoices for exemplification costs for copies necessarily obtained for use in this case. The invoices relate only to copying and preparation of trial exhibits

for the Court. Highlighted items relate only to preparation of three trial exhibit sets. I have divided the total amount by three to represent the cost of one set for the Court.

10. Attached hereto as Exhibit H are invoices for the preparation of demonstrative exhibits and slides that enabled an efficient and clear presentation to the Jury and the Court in both the trial and the retrial. Taxable items are highlighted. I have not included expense items, purely technical items and high-level consulting charges.

11. Attached as Exhibit I is a true and correct copy of this Court's order in *Smartflash LLC et al v. Apple Inc*., Case No. 6:13-cv-447-JRG (December 20, 2018 Order re: Costs, p. 9; E.D. Texas)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this twenty-eighth day of March 21, 2019, at Los Angeles, California.


*/s/ Jacob Buczko*
Jacob Buczko