# EXHIBIT B

## Trial Transcripts

| Invoice Date | Service Provider | Invoice No. | Service | Cost |
|---|---|---|---|---|
| 9/2/16 | Shelly Holmes, CSR-TCRR | N/A | Daily Trial Transcripts | $13,000.00 |
| 2/20/19 | Shelly Holmes, CSR-TCRR | N/A | Daily Trial Transcripts | $7,000.00 |
| **Total Amount** | | | | **$20,000.00** |

# INVOICE

| | |
|---|---|
| **DATE** | |
| 9/2/16 | |

# Shelly Holmes, CSR-TCRR

Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas  75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---|
| Mr. Marc Fenster |
| Russ August & Kabat |
| 12424 Wilshire Boulevard |
| Suite 1200 |
| Los Angeles, CA 90025 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:14-CV-911-JRG-RSP:  Core Wireless Licensing vs. LG Electronics, et al., before United States District Judge Rodney Gilstrap<br><br>  Plaintiff's Portion of Bill for a 5-Day Daily Copy Trial    (estimate)<br><br>**DUE SEPTEMBER 9, 2016** | 13,000.00 |
| TOTAL | 13,000.00 |

**Shelly Holmes, CSR, TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464
Shelly_Holmes@txed.uscourts.gov

2/20/2019

**BILL TO**
Mr. Reza Mirzaie
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| 2:14-CV-912-JRG: Core Wireless vs. LG Electronics, Before United States Chief District Judge Rodney Gilstrap | |
| Plaintiff's Invoice for 2 to 3 Day Hourly Copy Trial (Estimate) | $7,000.00 |
| **DUE UPON RECEIPT** | |
| **ESTIMATE DUE** | **$7,000.00** |