# EXHIBIT C

Pretrial Conference Transcripts

| Invoice Date | Service Provider | Invoice No. | Service | Cost |
|---|---|---|---|---|
| 7/8/16 | Dorothy J. Oliver, CSR | | Pretrial Conference Transcript | $1,024.60 |
| 8/12/16 | Brenda Hightower Smith, CSR | | Pretrial Conference Transcript | $399.63 |
| 9/2/16 | Shelly Holmes, CSR | | Pretrial Conference Transcript | $553.35 |
| 9/9/16 | Shelly Holmes, CSR | | Pretrial Conference Transcript | $227.85 |
| 2/1/19 | Shelly Holmes, CSR | | Pretrial Conference Transcript | $470.25 |
| | | | **Total Amount** | **$2,675.68** |

**DEPONET SOLUTIONS**
A/K/A STILL-N-MOTION
P. O. BOX 1569
HENDERSON TX  75653-1569
903-646-2374

E-mail:  glenda@deponetsolutions.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/8/2016 | 1243 |

EIN 45-2573430

| BILL TO |
|---|
| MS ELIZABETH L DERIEUX<br>CAPSHAW DERIUEX LLP<br>114 EAST COMMERCE STREET<br>GLADEWATER TX 75647 |

| DESCRIPTION | AMOUNT |
|---|---|
| NO. 2:14-CV-911 & 2:14-CV-912, CORE WIRELESS LICENSING S.A.R.L. VS. LG ELECTRONICS, INC., ET AL<br><br>PRETRIAL CONFERENCE TRANSCRIPT IN ABOVE-STYLED CASE, 7-8-16, DOROTHY OLIVER, CSR, ORIGINAL; SENT VIA E-MAIL: E-TRAN, PDF & ASCII FILES | 1,024.60 |

| | | |
|---|---|---|
| | **TOTAL DUE** | $1,024.60 |
| | **Payments/Credits** | $0.00 |
| DUE AND PAYBLE UPON RECEIPT IN HENDERSON, RUSK COUNTY, TEXAS. THANK YOU FOR YOUR BUSINESS! | **Balance Due** | $1,024.60 |

Invoice 2016-0156

# Brenda Hightower Smith, CSR, RPR, FCRR

**Official Court Reporter**
**United States District Court**
**Eastern District of Texas**
**Texarkana Division**
**500 N. State Line Avenue**
**Texarkana, Texas  75501**
**Phone (903) 794-1018**
**Brenda_Smith@txed.uscourts.gov**

| DATE |
|---|
| 08/19/16 |

| BILL TO |
|---|
| **Jacob Buczko**<br>Russ August & Kabat<br>12424 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA 90025<br>Email: jbuczko@raklaw.com |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:14-cv-911 (Lead Case):  Core Wireless S.a.r.l. vs. LG Electronics, Inc., et al., before United States Magistrate Judge Roy S. Payne<br><br>Interim Pre-Trial Hearing – 08/15/16<br>(115 pages) | $ 399.63 |
| **(DUE UPON RECEIPT)** | |
| TOTAL | **$ 399.63** |

I, Brenda Hightower Smith, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

   Brenda Hightower Smith, CSR, RPR, FCRR
   Official Reporter

# Shelly Holmes, CSR-TCRR

Invoice

Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone: 903-923-7464  Fax: 903-935-2295
Shelly_Holmes@txed.uscourts.gov

**INVOICE TO**
Mr. Marc Fenster
Russ, August & Kabat, A Professional Corporation
12424 Wilshire Blvd.
12th Floor
Los Angeles, CA  90025 USA

| | |
|---|---|
| INVOICE NO. | 1597 |
| TERMS | Due on receipt |
| DATE | 09/10/2016 |
| DUE DATE | |

| PAGE #: 102 and 44 | CASE #:2:14-CV-912-JRG-RSP | PRM: Daily and Rough |
|---|---|---|

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/02/2016 | 2:14-CV-912-JRG-RSP:  Core Wireless vs. LG<br>Before United States Magistrate Judge Roy Payne<br>9/2/16 Pretrial Hearing<br>(102 pages) | 553.35 |
| 09/09/2016 | 2:14-CV-912-JRG-RSP:  Core Wireless vs. LG<br>Before United States Magistrate Judge Roy Payne<br>9/9/16 Pretrial Hearing<br>(42 pages) | 227.85 |
| | SUBTOTAL | |
| | TOTAL | 781.20 |
| | **BALANCE DUE** | **$781.20** |

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this Court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter
United States District Court
Eastern District of Texas
Marshall Division

# Shelly Holmes, CSR-TCRR

Invoice

Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone: 903-923-7464  Fax: 903-935-2295
Shelly_Holmes@txed.uscourts.gov

**INVOICE TO**
Ms. Elizabeth DeRieux
Capshaw DeRieux, LLP
114 E. Commerce Avenue
Gladewater, TX  75647

| | |
|---|---|
| INVOICE NO. | 1582 |
| TERMS | Due on receipt |
| DATE | 02/07/2019 |
| DUE DATE | |

| | |
|---|---|
| PAGE #: 99   CASE #:2:14-CV-912-JRG | PRM: 3D-O 2x and rough |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 02/01/2019 | 2:14-CV-912-JRG:  Core Wireless vs. LG<br>Before United States Chief District Judge Rodney Gilstrap<br>2/1/19 Pretrial Hearing<br>(99 pages) | 470.25 |
| | SUBTOTAL | |
| | TOTAL | 470.25 |
| | **BALANCE DUE** | **$470.25** |

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this Court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter
United States District Court
Eastern District of Texas
Marshall Division

DUE UPON RECEIPT