# EXHIBIT E

Witness Costs

| Witness Name | Attendance | | Per Diem | | Total Cost to Each Witness |
|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | |
| Sept. 2016 Trial: | | | | | |
| Jyri Suvanen | 1 | $40.00 | 1 | $89.00 | $129.00 |
| Dr. Richard Wesel | 3 | $120.00 | 3 | $267.00 | $387.00 |
| Benoist Sebire | 1 | $40.00 | 1 | $89.00 | $129.00 |
| Dr. Charles Jackson | 2 | $80.00 | 2 | $178.00 | $258.00 |
| John Lindgren | 1 | $40.00 | 1 | $89.00 | $129.00 |
| Dr. Stephen Magee | 1 | $40.00 | 1 | $89.00 | $129.00 |
| | | | | | |
| Feb. 2019 Trial: | | | | | |
| Benoist Sebire | 1 | $40.00 | 1 | $94.00 | $134.00 |
| Dr. Charles Jackson | 1 | $40.00 | 1 | $94.00 | $134.00 |
| Jyri Suvanen | 1 | $40.00 | 1 | $94.00 | $134.00 |
| Dr. Richard Wesel | 1 | $40.00 | 1 | $94.00 | $134.00 |
| Boris Teksler | 1 | $40.00 | 1 | $94.00 | $134.00 |
| Stephen Dell | 1 | $40.00 | 1 | $94.00 | $134.00 |
| | | | | **TOTAL** | **$1,965.00** |

# FY 2016 Per Diem Rates for Texas

(October 2015 - September 2016)

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

## The following rates apply for Texas

| Primary Destination (1, 2) | County (3, 4) | Max lodging by Month (excluding taxes) | | | | | | | | | | | M&IE (5) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2015 | | | 2016 | | | | | | | | |
| | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | |
| Standard Rate | STANDARD RATE | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $51 |

## Footnotes

1. Traveler reimbursement is based on the location of the work activities and not the accommodations, unless lodging is not available at the work activity, then the agency may authorize the rate where lodging is obtained.
2. Unless otherwise specified, the per diem locality is defined as "all locations within, or entirely surrounded by, the corporate limits of the key city, including independent entities located within those boundaries."
3. Per diem localities with county definitions shall include "all locations within, or entirely surrounded by, the corporate limits of the key city as well as the boundaries of the listed counties, including independent entities located within the boundaries of the key city and the listed counties (unless otherwise listed separately)."
4. When a military installation or Government-related facility (whether or not specifically named) is located partially within more than one city or county boundary, the applicable per diem rate for the entire installation or facility is the higher of the rates which apply to the cities and/or counties, even though part(s) of such activities may be located outside the defined per diem locality.
5. *Meals and Incidental Expenses*, see Breakdown of M&IE Expenses for important information on first and last days of travel.



# FY 2019 Per Diem Rates for Texas

Max lodging by month (excluding taxes.)

| PrimaryDestination | County | 2018Oct | Nov | Dec | 2019Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Standard Rate** | Applies for all locations without specified rates | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 |
| **Arlington / Fort Worth / Grapevine** | Tarrant County / City of Grapevine | $164 | $164 | $164 | $164 | $164 | $164 | $164 | $164 | $164 | $164 | $164 | $164 |
| **Austin** | Travis | $145 | $145 | $145 | $160 | $160 | $160 | $145 | $145 | $145 | $145 | $145 | $145 |
| **Big Spring** | Howard | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 |
| **College Station** | Brazos | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 | $101 |
| **Corpus Christi** | Nueces | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| **Dallas** | Dallas | $157 | $157 | $149 | $149 | $149 | $149 | $149 | $149 | $149 | $149 | $149 | $157 |
| **El Paso** | El Paso | $96 | $96 | $96 | $96 | $96 | $96 | $96 | $96 | $96 | $96 | $96 | $96 |
| **Galveston** | Galveston | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $131 | $131 | $105 | $105 |
| **Houston (L.B. Johnson Space Center)** | Montgomery / Fort Bend / Harris | $131 | $131 | $131 | $131 | $131 | $131 | $131 | $131 | $120 | $120 | $120 | $120 |
| **Midland / Odessa** | Midland / Andrews / Ector / Martin | $142 | $142 | $142 | $142 | $142 | $142 | $142 | $142 | $142 | $142 | $142 | $142 |
| **Pecos** | Reeves | $154 | $154 | $154 | $216 | $216 | $216 | $154 | $154 | $154 | $154 | $154 | $154 |
| **Plano** | Collin | $121 | $121 | $121 | $121 | $121 | $121 | $121 | $121 | $121 | $121 | $121 | $121 |
| **Round Rock** | Williamson | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 |
| **San Antonio** | Bexar | $126 | $126 | $126 | $126 | $126 | $126 | $126 | $126 | $126 | $126 | $126 | $126 |
| **South Padre Island** | Cameron | $94 | $94 | $94 | $94 | $94 | $96 | $96 | $96 | $117 | $117 | $94 | $94 |
| **Waco** | McLennan | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 |