# EXHIBIT F

Docket Fees

| Date | Filing/Service | Amount |
|---|---|---|
| 9/26/14 | Filing of Complaint *See Dkt No. [1] in 14-cv-912 | $400.00 |
| **Total Amount** | | **$400.00** |