# Exhibit G

Exemplification/Photocopying Costs for Trial Exhibits

| Invoice Date | Vendor | Cost |
|---|---|---|
| 9/14/16 | KTS Litigation Support Services | $8,543.47 |
| 2/22/19 | KTS Litigation Support Services | $2,239.69 |
| | **Total Amount** | **$10,783.16** |

# KTS
## LITIGATION
## SUPPORT SERVICES

A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone:  (903) 533-9559
Fax:  (903) 526-2233
EIN: 75-2932346

**OUR ADDRESS HAS CHANGED. PLEASE MAKE NOTE OF THE NEW ADDRESS AND SEND PAYMENTS ACCORDINGLY.**

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/14/2016 | 10206 |

| BILL TO |
|---|
| Capshaw DeRieux<br>Attn:  Melanie Baker<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Due on receipt | 3712-004 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 120,791 | 8.5x11 B&W blow backs (PX Files on 9 /11/16) | 0.08 | 9,663.28T |
| 17,349 | 8.5 x 11 color copies (PX Files on 9 /11/16) | 0.95 | 16,481.55T |
|  | Discount- Volume | -20.00% | -3,296.31 |
| 57 | 3 ring binder (4") (PX Files on 9 /11/16) | 27.50 | 1,567.50T |
|  | Discount | -25.00% | -391.88 |
| 75 | Redrope (PX Files on 9 /11/16) | 5.50 | 412.50T |
| 562 | Folder - letter (custom labeled) with document assembly (PX Files on 9/11/16) | 1.65 | 927.30T |
| 581 | 5-tab divider, custom labeled, assembled into documents (PX Files on 9 /11/16) | 1.65 | 958.65T |
|  | Pick up & delivery - **NO CHARGE** | 0.00 | 0.00T |
|  | Sales Tax | 8.25% | 2,171.61 |

We Accept Major Credit Cards

**Total**   $28,494.20

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management.  Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ulimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____    Date: _____

# KTS
## LITIGATION
## SUPPORT SERVICES

A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

**OUR ADDRESS HAS CHANGED. PLEASE MAKE NOTE OF THE NEW ADDRESS AND SEND PAYMENTS ACCORDINGLY.**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/22/2019 | 10627 |

| BILL TO |
|---------|
| Russ August & Kabat<br>Attn: Michael Lee<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | Core v LG |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,970 | 8.5X11 Color Copy (Demonstratives 2/19/19) | 0.79 | 1,556.30T |
| 64,000 | 8.5x11 B&W blow backs (Trial Binders 2/19/19) | 0.08 | 5,120.00T |
| 8 | 3 ring binder (1 1/2") (Trial Binders 2/19/19) | 10.00 | 80.00T |
| 4 | 3 ring binder (2") (Trial Binders 2/19/19) | 11.00 | 44.00T |
| 8 | 3 ring binder (3") (Trial Binders 2/19/19) | 18.00 | 144.00T |
| 38 | 3 ring binder (4") (Trial Binders 2/19/19) | 27.50 | 1,045.00T |
| 280 | 5-tab divider, custom labeled, assembled into documents (Trial Binders 2/19/19) | 1.65 | 462.00T |
| 690 | Legal exhibit divider (number) assembled into documents (Trial Binders 2/19/19) | 0.55 | 379.50T |
| 1 | Delivery - R/T, Tyler to Marshall | 120.00 | 120.00 |
| 5,701 | 8.5X11 Color Copy (PTX folders 2/21/19) | 0.79 | 4,503.79T |
| 17,853 | 8.5x11 B&W blow backs (PTX folders 2/21/19) | 0.08 | 1,428.24T |
| 28 | Redrope (PTX folders 2/21/19) | 5.50 | 154.00T |
| 159 | Folder - letter (custom labeled) with document assembly (PTX folders 2/21/19) | 1.65 | 262.35T |
| 1 | Delivery - R/T, Tyler to Marshall | 120.00 | 120.00 |
|  | Sales Tax | 8.25% | 1,252.28 |

We Accept Major Credit Cards

**Total** $16,671.46

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____     Date: _____