# EXHIBIT H

Exemplification/Photocopying Costs for Graphics

| Invoice Date | Vendor | Cost |
|---|---|---|
| 9/1/16 | TrialEdge, LLC | $2,892.50 |
| 9/26/16 | TrialEdge, LLC | $74,158.00 |
| 2/17/19 | TrialEdge, LLC | $6,708.00 |
| 3/1/19 | TrialEdge, LLC | $39,895.50 |
| | **Total Amount** | **$123,654.00** |

# Trial EDGE

## INVOICE

From **TRIALEDGE, LLC**
11111 Santa Monica Blvd., Suite 225
Los Angeles, CA 90025

| | | | |
|---|---|---|---|
| Invoice # | 1207 | Invoice For | **Core Wireless c/o Russ August** |
| Issue Date | 09/01/2016 | | |
| Due Date | 09/01/2016 (upon receipt) | | |
| Client/Matter | Core Wireless / LG II | | |

| Description | Hours | Amount |
|---|---|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■ | ■ | ■ |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 08/30/2016 - Design Consulting / ED: Meeting with Adam Hoffman to discuss damages slides and prep for same | 2.20 | **$418.00** |

| Description | Hours | Amount |
|---|---:|---:|
| 8/30/2016 - Consulting / EH: Meeting with Adam Hoffman re: damages presentation and prep for same | 1.50 | **$397.50** |
| 08/31/2016 - Design Consulting / ED: preparation of slides for damages slides | 8.30 | **$1,577.00** |
| 08/31/2016 - Design Consulting / AH: preparation of damages slides | 2.50 | **$500.00** |

**Amount Due**  $35,103.00

# Trial EDGE

## INVOICE

**From** **TRIALEDGE, LLC**
11111 Santa Monica Blvd., Suite 225
Los Angeles, CA 90025

| | | | |
|---|---|---|---|
| Invoice # | 1209 | Invoice For | **Core Wireless c/o Russ August** |
| Issue Date | 09/26/2016 | | |
| Due Date | 09/26/2016 (upon receipt) | | |
| Client/Matter | Core Wireless II (v. LG) | | |

| Description | Hours | Amount |
|---|---|---|
| 08/31/2016 - Technical Consulting / Marsha Ray: receive instructions from J. Wietholter, setup Trial Director case, begin importing video | 3.50 | $682.50 |
| 09/01/2016 - Design Consulting / Erin Doyle: Preparation of slides for damages / conference call with team to discuss graphics | 8.30 | ==$1,577.00== |
| 09/01/2016 - Design Consulting / Alyssa Homan: Deck design, graphic concepts | 4.90 | ==$980.00== |
| 09/01/2016 - Consulting / Eric Hanson: Call regarding graphics preparation and strategy for trial | 1.00 | $265.00 |
| 9/01/2016 - Technical Consulting / Marsha Ray: Finish importing all video and make clips for all designations and counter-designations. | 7.80 | $1,521.00 |
| 09/01/2016 - Consulting / Eric Hanson: Analysis/meeting re: damages expert's slides. Reviewing deck prepared by expert. | 2.70 | $715.50 |
| 09/02/2016 - Design Consulting / Erin Doyle: Clean up / preparation of slides for trial | 5.70 | ==$1,083.00== |
| 9/02/2016 - Technical Consulting / Marsha Ray: Proof all clips reports; make changes to designations per client request; re-print clip reports; edit all of Core's deponents' clips. | 6.70 | $1,306.50 |
| 09/02/2016 - Consulting / Eric Hanson: Revising damages deck. Preparing infringement demonstrative concepts. | 4.90 | ==$1,298.50== |
| 9/03/2016 - Technical Consulting / Jason Wietholter: Consulting: Review and update deposition designations. Export clip Reports and send same to client for review. | 1.20 | $234.00 |
| 09/06/2016 - Design Consulting / Erin Doyle: Preparation of slides and demonstratives for trial | 8.90 | ==$1,691.00== |
| 09/06/2016 - Design Consulting / Eric Hanson: Prepare demonstratives for damages and '850 infringement | 6.40 | ==$1,696.00== |
| 09/06/2016 - Consulting / Jeremiah Kelman: Review and comment on draft slides | 1.20 | $318.00 |
| 09/07/2016 - Design Consulting / Erin Doyle: Preparation of graphic modules for trial | 6.00 | ==$1,140.00== |

| | | |
|---|---|---|
| 09/07/2016 - Design Consulting / Eric Hanson: Prepare demonstratives for damages and '850 infringement | 6.50 | $1,722.50 |
| 09/08/2016 - RENTAL: 3x design workstations (monitors, HDD, keyboards, mice) ($275/wk/workstation); 2x high lumen projector + screen ($900/projector & screen/week); includes delivery, setup, tear down and inventory. 1 week, plus pro-rated week (3 days) | 1.00 | $3,875.00 |
| 09/08/2016 - Design Consulting / Erin Doyle: Travel to Marshall for trial prep / work on graphic modules for trial | 17.20 | $3,268.00 |
| 09/08/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Travel; prepare opening and expert demonstratives; on-site graphics support and consulting in war room | 17.20 | $4,558.00 |
| 09/08/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Travel; setup war room. Meet with trial team. Draft demonstratives; | 18.50 | $3,607.50 |
| 09/09/2016 - Design Consulting / Erin Doyle: On-site trial prep in war room; prepare draft demonstratives | 16.00 | $3,040.00 |
| 09/09/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare and work with trial team on opening and expert demonstratives; on-site graphics support and consulting in war room | 14.60 | $3,869.00 |
| 09/09/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Pick up supplies. Draft graphics. Attend phone call with court. | 17.10 | $3,334.50 |
| 09/10/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare and work with trial team on opening and expert demonstratives; on-site graphics support and consulting in war room | 18.00 | $4,770.00 |
| 09/10/2016 - Design Consulting / Erin Doyle: On site trial prep | 15.10 | $2,869.00 |
| 09/10/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Prepare for trial; on site prep in war room. | 19.80 | $3,861.00 |
| 09/11/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare opening and expert demonstratives; on-site graphics support and consulting in war room | 19.40 | $5,141.00 |
| 09/11/2016 - Design Consulting / Erin Doyle: On site graphics prep in war room, prepare draft demonstratives | 17.10 | $3,249.00 |
| 09/11/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Prepare for trial; on site prep in war room | 18.90 | $3,685.50 |
| 09/12/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare demonstratives; on-site graphics support and consulting in war room | 17.10 | $4,531.50 |
| 09/12/2016 - Design Consulting / Erin Doyle: On site graphics prep in war room, prepare draft expert presentations | 14.80 | $2,812.00 |
| 09/12/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Prepare for and attend trial. | 18.80 | $3,666.00 |
| 09/13/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare demonstratives; on-site graphics support and consulting in war room | 14.80 | $3,922.00 |

| Description | Hours | Amount |
|---|---|---|
| 09/13/2016 - Design Consulting / Erin Doyle: On site graphics prep in war room, prepare draft expert presentations | 14.70 | **$2,793.00** |
| 09/13/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: On-site trial technical consulting, project management, and support; Prepare for and attend trial. | 17.80 | **$3,471.00** |
| 09/14/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare demonstratives; on-site graphics support and consulting in war room | 15.20 | **$4,028.00** |
| 09/14/2016 - Design Consulting / Erin Doyle: On site graphics prep in war room, prepare draft presentations | 14.60 | **$2,774.00** |
| 09/14/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: On-site trial technical consulting, project management, and support; Prepare for and attend trial. | 18.90 | **$3,685.50** |
| 09/15/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare closing demonstratives; on-site graphics support and consulting in war room | 17.80 | **$4,717.00** |
| 09/15/2016 - Design Consulting / Erin Doyle: On site graphics prep in war room, prepare draft presentations | 18.20 | **$3,458.00** |
| 09/15/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: On-site trial technical consulting, project management, and support; Prepare for and attend trial. | 20.50 | **$3,997.50** |
| 09/16/2016 - Design Consulting / Erin Doyle: Onsite closing prep | 7.00 | **$1,330.00** |
| 09/16/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Prepare closing demonstratives; on-site graphics support and consulting in war room | 8.00 | **$2,120.00** |
| 09/16/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: On-site trial technical consulting, project management, and support; Prepare for and attend trial. | 16.60 | **$3,237.00** |
| 09/17/2016 - Trial - Graphics Consulting (on site) / Eric Hanson: Travel from trial | 8.00 | **$2,120.00** |
| 09/17/2016 - Design Consulting / Erin Doyle: Travel from Marshall TX to LAX | 8.20 | **$1,558.00** |
| 09/17/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Travel from Marshall TX | 7.80 | **$1,521.00** |
| 09/18/2016 - Trial - Graphics Consulting (on site) / Jason Wietholter: Prepare, organize and provide final sets of demonstratives for filing | 1.00 | **$195.00** |
| 08/26/2016 - EXPENSE: Transportation / Jeremiah Kelman: Transportation to airport for mock | 1.00 | **$42.00** |
| 08/27/2016 - EXPENSE: Lodging / Jeremiah Kelman: Hotel (Aloft) for mock | 1.00 | **$441.25** |
| 08/27/2016 - EXPENSE: Lodging / Jeremiah Kelman: Hotel (Aloft) for mock | 1.00 | **$422.70** |
| 09/08/2016 - EXPENSE: Transportation / Eric Hanson: transportation to/from airport | 1.00 | **$34.96** |
| 09/11/2016 - EXPENSE: Printing: large format board printing | 1.00 | **$1,180.40** |

| | | |
|---|---:|---:|
| 09/11/2016 - EXPENSE: Lodging / Jason Wietholter: Hotel for Mock | 1.00 | **$419.21** |
| 09/13/2016 - EXPENSE: Printing: FedEx - printing expense | 1.00 | **$142.76** |
| 09/17/2016 - EXPENSE: Transportation / Erin Doyle: Transportation to/from airport | 1.00 | **$15.80** |
| 09/17/2016 - EXPENSE: Transportation / Erin Doyle: Transportation to/from airport | 1.00 | **$13.33** |
| 09/17/2016 - EXPENSE: Transportation: Car Rental | 1.00 | **$1,042.17** |
| 08/26/2016 - EXPENSE: Lodging / Jason Wietholter: Hotel | 1.00 | **$419.21** |
| 9/11/2016 - EXPENSE: Board printing at FedEX, Longview, TX | 1.00 | **$1,180.40** |

**Amount Due**     **$126,648.69**

# Trial EDGE

## INVOICE

|  | From | **TRIALEDGE, LLC** |
|---|---|---|
|  |  | 1925 Century Park East |
|  |  | Suite 1700 |
|  |  | Los Angeles, CA 90067 |

| | | | |
|---|---|---|---|
| Invoice # | 1436 | Invoice For | **Core Wireless c/o Russ August** |
| Issue Date | 02/17/2019 | | |
| Due Date | 02/17/2019 (upon receipt) | | |
| Client/Matter | Core Wireless - Damages Re-Trial | | |

| Description | Hours | Amount |
|---|---:|---:|
| 02/08/2019 - Design Consulting / Erin Doyle: Preparation of graphics for the damages trial | 1.30 | $331.50 |
| 02/08/2019 - Design Consulting / Sarah Southwell: Preparing slides for re-trial | 3.50 | $682.50 |
| 02/11/2019 - Design Consulting / Sarah Southwell: preparing slides for opening | 5.30 | $1,033.50 |
| 02/11/2019 - Design Consulting / Erin Doyle: Preparation of expert slides | 0.90 | $229.50 |
| 02/12/2019 - Design Consulting / Erin Doyle: Preparation of expert slides | 1.10 | $280.50 |
| 02/12/2019 - Design Consulting / Sarah Southwell: preparing slides for opening | 1.40 | $273.00 |
| 02/13/2019 - Design Consulting / Sarah Southwell: preparing slides for opening | 0.40 | $78.00 |
| 02/14/2019 - Design Consulting / Erin Doyle: Preparation of expert slide decks for trial | 5.50 | $1,402.50 |
| 02/15/2019 - Design Consulting / Erin Doyle: Preparation of expert slides for re-trial | 9.40 | $2,397.00 |

**Amount Due**     **$6,708.00**

# TrialEDGE

# INVOICE

From **TRIALEDGE, LLC**
1925 Century Park East
Suite 1700
Los Angeles, CA 90067

| | | | |
|---|---|---|---|
| Invoice # | 1439 | Invoice For | **Core Wireless c/o Russ August** |
| Issue Date | 03/01/2019 | | |
| Due Date | 03/01/2019 (upon receipt) | | |
| Client/Matter | Core Wireless - LG Damages Trial 2019 | | |

| Description | Hours | Amount |
|---|---|---|
| 02/18/2019 - Design Consulting / Erin Doyle: Preparation of expert graphics for trial | 4.90 | $1,249.50 |
| 02/19/2019 - Design Consulting / Erin Doyle: Preparation of slides for trial | 2.40 | $612.00 |
| 02/19/2019 - Consulting / Sarah Southwell: preparing slides for re-trial | 2.80 | $546.00 |
| 02/20/2019 - Design Consulting / Erin Doyle: trial prep / travel to Texas war room | 13.20 | $3,366.00 |
| 02/20/2019 - Design Consulting / Sarah Southwell: Trial prep / travel to Texas war room | 14.50 | $2,827.50 |
| 02/21/2019 - Design Consulting / Erin Doyle: On site trial graphics in war rom | 12.50 | $3,187.50 |
| 02/21/2019 - Design Consulting / Sarah Southwell: Preparing slides for re-trial | 12.60 | $2,457.00 |
| 02/22/2019 - Design Consulting / Erin Doyle: On site trial graphics in war room | 14.30 | $3,646.50 |
| 02/22/2019 - Design Consulting / Sarah Southwell: on-site; preparing graphics for trial | 14.10 | $2,749.50 |
| 02/23/2019 - Design Consulting / Sarah Southwell: on-site; preparing graphics for trial | 12.00 | $2,340.00 |
| 02/23/2019 - Design Consulting / Erin Doyle: On-site trial preparation of slides in war room | 12.00 | $3,060.00 |
| 02/24/2019 - Design Consulting / Erin Doyle: On-site trial preparation of slides in war room | 14.90 | $3,799.50 |
| 02/24/2019 - Design Consulting / Sarah Southwell: on-site; preparing graphics for trial | 14.40 | $2,808.00 |
| 02/25/2019 - Design Consulting / Erin Doyle: On-site trial preparation of slides in war room | 18.10 | $4,615.50 |
| 02/25/2019 - Design Consulting / Sarah Southwell: on-site; preparing graphics for trial | 14.50 | $2,827.50 |
| 02/26/2019 - Design Consulting / Sarah Southwell: On-site preparing slides for closing | 13.10 | $2,554.50 |

| | | |
|---|---:|---:|
| 02/26/2019 - Design Consulting / Erin Doyle: On-site trial preparation of slides in war room | 13.50 | ==$3,442.50== |
| 02/27/2019 - Design Consulting / Erin Doyle: Travel from war room | 14.20 | **$3,621.00** |
| 02/27/2019 - Consulting / Sarah Southwell: Travel from war room | 15.60 | **$3,042.00** |
| Expense: Transportation / Sarah Southwell: transportation; flight expenses | 1.00 | $135.12 |

**Amount Due**     **$52,887.12**